**FILED**

APR 1 7 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF MISSOURI

**TIMOTHY D. BILASH,**

Plaintiff,

v.

4:26-cv-00567 MTS

**MICHAEL KEHOE,** in his official capacity as Governor of Missouri;
**SCOTT FITZPATRICK,** in his official capacity as Missouri State Auditor;
**DENNY HOSKINS,** in his official capacity as Missouri Secretary of State;
Defendants.

**Case No.:** (To be assigned)

## VERIFIED COMPLAINT AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

### I. INTRODUCTION

1. This is an action for emergency declaratory and injunctive relief to preserve the functional and legal integrity of the 2026 Missouri Primary Election.

2. This action identifies the extra-constitutional interference of the Defendants in administering an election without a final, adjudicated map.

3. **The Defendants have replaced Statutory Certainty with a state of Judicial Flux and Administrative Chaos. By proceeding with an election while the underlying map is subject to unresolved litigation, they have stripped the process of its required legal anchor and introduced non-correctable injury into the federal election process.**

## II. JURISDICTION AND VENUE

4.      This Court has jurisdiction under **28 U.S.C. § 1331**. Venue is proper in the Eastern District of Missouri under **28 U.S.C. § 1391(b)(2)** and Local Rule 2.07 because the Plaintiff resides and seeks office within this district.

## III. PARTIES

**Plaintiff:** Timothy D. Bilash, M.D., a registered candidate for the U.S. House of Representatives in the Second District of Missouri and a physician-scientist with over 35 years of clinical and research experience.

**Defendants:** Michael Kehoe, Scott Fitzpatrick, and Denny Hoskins, sued in their official capacities.

## IV. FACTUAL BACKGROUND

7.      On February 24, 2026, the candidate filing period opened, establishing the **Statutory Certainty** and geographical parameters for the 2026 cycle.

8.      As documented in **Exhibit B**, the Missouri Supreme Court is currently considering an emergency appeal in **Wise v. State (No. SC101572)**. This proves the current district map is in a state of unresolved flux.

9.      This instability creates a jurisdictional vacuum, preventing the Plaintiff from identifying his electorate and violating the **Elections Clause** of the U.S. Constitution.

## V. EXPERT SUBJECT MATTER CONTEXT

10.      See **Exhibit A** for the quantitative data establishing the systemic and administrative failures this candidacy addresses.

## VI. CLAIMS FOR RELIEF

11.    **Count I: Violation of Due Process (14th Amendment).** Defendants' failure to provide "fair notice" of functional boundaries constitutes an arbitrary administration of law.

12.    **Count II: Violation of the Elections Clause (Art. I, § 4).** By substituting "relational odds" for statutory finality, Defendants have unconstitutionally destabilized the state's election apparatus.

13.    **Count III:  Violation of the Elections Clause (Art. I, § 4)**. The Constitution mandates a 10-year cycle for redistricting tied to the Census to ensure a Functional Constant. Any mid-cycle 'tinkering' without a new Census is an extra-constitutional act. By abandoning the map finalized on February 24, 2026, the Defendants have exceeded their administrative authority and created a state of disenfranchisement.

14.    **Warning Predicate:** The Failure of Standardless Intervention. Plaintiff identifies the inherent danger of 'standardless' election administration, as seen in Bush v. Gore, 531 U.S. 98 (2000). While that decision has been criticized for overstepping state sovereignty and introducing jurisdictional instability, its existence serves as a Constitutional Warning Label: when a State allows 'Administrative Chaos' to replace 'Statutory Certainty,' the resulting vacuum invites extra-constitutional intervention that guts the integrity of the federal election process. Plaintiff brings this action to prevent such an unconstitutional outcome by enforcing the State's own Functional Constant.

## VII. BASIS FOR EMERGENCY INJUNCTIVE RELIEF (TRO)

15.    **Likelihood of Success:** The active litigation in **Exhibit B** demonstrates that the 2025 Map lacks the constitutional finality required for a federal election.

16.    **Irreparable Harm:** The injury to First Amendment associational rights is immediate and non-correctable. The Plaintiff is currently forced to incur significant, unrecoverable costs campaigning within a **shifting jurisdictional vacuum**.

17.      **Balance of Equities & Public Interest:** Plaintiff seeks only to maintain the **Status Quo** as it existed on the February 24 filing date. The public interest is served by **Statutory Certainty**. Both voters and candidates require a stable map to exercise their constitutional rights.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

18. Issue an Emergency Declaratory Judgment that the current state of redistricting is unconstitutionally unstable as applied to the 2026 cycle.

19. Grant a Temporary Restraining Order and Preliminary Injunction mandating that Defendants maintain the boundaries as they existed on February 24, 2026.

20. Order the Restitution of all fees paid under protest.

## IX. CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, a true and correct copy of this filing was served via **U.S. Certified Mail, Return Receipt Requested**, to Defendants at their official business addresses:

- **MICHAEL KEHOE**, Governor, P.O. Box 720, Jefferson City, MO 65102
- **SCOTT FITZPATRICK**, Auditor, P.O. Box 869, Jefferson City, MO 65102
- **DENNY HOSKINS**, Secretary of State, P.O. Box 1767, Jefferson City, MO 65102
- **Catherine Hanaway,** Attorney General, P.O. Box 899, Jefferson City, MO 65102

    I have also provided emergency electronic notice to these offices on this date per **Fed. R. Civ. P. 65(b)**.

## X. SIGNATURE AND VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Timothy Bilash*

**Timothy D. Bilash, Pro Se**
1209 S. Big Bend Blvd. #179151
St. Louis, MO 63117-0503
858-380-6785

Dated: April 17, 2026