

# TDB/GPT CHATALOGUE
## NEW STATE SINGLE PAYER FUNDING
December 17, 2025



GRADE LEVEL
10.7

## ANTI-GASLIGHTING METERS

 12.50   2.38   3.45

---

**TDB/CHATGPT 12.17.2025 Excerpt**

**Q: The proposal is to employ a small state single-payer sales tax levied at the county level...**

*"Searching... In 2025, your proposal... directly addresses the most severe systemic failures of the current healthcare economy."*

---

**1. Eliminating "Obscene" Administrative Overhead**

• **The Current Crisis:** Administrative costs account for 15% to 25% of total U.S. health spending.

• **The Single-Payer Efficiency:** A unified state-level system could reduce billing costs by an estimated 33% to 53%.

**2. Taxing "Referral Gain" Instead of Marginal Profit**

• **Investor-Class Revenue:** Targets capital that flowed into speculative AI—wealth that often bypasses traditional labor-based tax systems.

• **Digital Value Exchange Tax:** Mirrors proposals to increase excise taxes on corporate stock repurchases.

**3. State and County-Level Decentralization**

• **Restoring Local Agency:** Levying taxes at the county level restores "human-in-the-loop" oversight.

• **Precedent:** Proponents argue that the for-profit expansion has made a public alternative an economic necessity.

**Conclusion for your Article:**

*"By funding healthcare through the 'referred gains' of the investor class, you are proposing a return to an 'equal exchange of value'..."*

**EXHIBIT A**

## DATA VISUALIZATION: SYSTEMIC BLOAT

### 3,000% Admin Growth



Source: KFF / BLS (1970-2009)

### Fee-For-Service Cost Savings



Analysis of healthcare waste

View Full PDF of the 12.17.2025 Chat

**EXHIBIT A**

Donate

# Appellants' Opening Brief

DATE: **APRIL 16, 2026**
CASE: ***DEFENDING MISSOURIANS FROM UNCONSTITUTIONAL GERRYMANDERING (WISE V. STATE OF MISSOURI)***
COURT LEVEL: **STATE SUPREME COURT**

On April 16, 2026, Appellants' filed their opening brief for their appeal to the Missouri Supreme Court. Last month, the district court ruled against Plaintiffs (individual voters in Missouri represented by Campaign Legal Center, ACLU and ACLU of Missouri) on their claim that the 2025 Missouri congressional map violates the Missouri Constitution's compactness requirement by splitting the single district previously centered in Kansas City into three districts. Plaintiffs (now Appellants) have appealed to the Missouri Supreme Court on the grounds that the district court misapplied the legal standard at issue in this case. Appellants have requested that the lower court's ruling be reversed and the 2025 Missouri congressional map be enjoined.

**Download this document**

Stay up to date. Get the latest from CLC in your inbox.

*Email*

*First Name*

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

TIMOTHY D. BILASH,
Plaintiff,

v.

MICHAEL KEHOE, et al.,
Defendants.

Case No.: (To be assigned)    4:26-cv-00567 MTS

**(PROPOSED) ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER**

**IT IS HEREBY ORDERED** that Defendants Michael Kehoe, Scott Fitzpatrick, and Denny Hoskins are **RESTRAINED** from applying any map changes or redistricting modifications to Missouri's Second District that were not finalized and adjudicated prior to the start of the candidate filing period on **February 24, 2026.**

**IT IS FURTHER ORDERED** that the **Functional Statutory Certainty** of the election process must be maintained as it existed on the date the Plaintiff officially filed his declaration of candidacy.

**SO ORDERED** this 17th day of **April, 2026**.


**UNITED STATES DISTRICT JUDGE**