AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| TIMOTHY D. BILASH | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **4:26-cv-00567 MTS** |
| | ) | |
| MIKE KEHOE ET AL. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICE OF THE GOVERNOR, MIKE KEHOE
Attn: Mike Kehoe, Governor
P.O. Box 720
Jefferson City, MO 65102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Timothy D. Bilash, Pro Se
1209 S. Big Bend Blvd. #179151
St. Louis, MO 63117-0503
858-380-6785

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| | | |
|---|---|---|
| TIMOTHY D. BILASH | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 4:26-cv-00567 MTS |
| DENNY HOSKINS | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   OFFICE OF THE SECRETARY OF STATE, DENNY HOSKINS
Attn: Denny Hoskins, Secretary of State
P.O. Box 1767
Jefferson City, MO 65102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Timothy D. Bilash, Pro Se
1209 S. Big Bend Blvd. #179151
St. Louis, MO 63117-0503
858-380-6785

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____
                                                   _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Missouri

| | | |
|---|---|---|
| Timothy D. Bilash | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  **4:26-cv-00567 MTS** |
| Scott Fitzpatrick | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   OFFICE OF THE STATE AUDITOR, SCOTT FITZPATRICK
Attn: Scott Fitzpatrick, State Auditor
P.O. Box 869
Jefferson City, MO 65102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy D. Bilash, Pro Se
1209 S. Big Bend Blvd. #179151
St. Louis, MO 63117-0503
858-380-6785

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____

_Signature of Clerk or Deputy Clerk_