UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

**TIMOTHY D. BILASH,**
Plaintiff,

v.

**MICHAEL KEHOE,** et al.,
Defendants.

**Case No.:** (To be assigned)    4:26-cv-00567 MTS

**(PROPOSED) ORDER GRANTING EMERGENCY TEMPORARY RESTRAINING ORDER**

**IT IS HEREBY ORDERED** that Defendants Michael Kehoe, Scott Fitzpatrick, and Denny Hoskins are **RESTRAINED** from applying any map changes or redistricting modifications to Missouri's Second District that were not finalized and adjudicated prior to the start of the candidate filing period on **February 24, 2026.**

**IT IS FURTHER ORDERED** that the **Functional Statutory Certainty** of the election process must be maintained as it existed on the date the Plaintiff officially filed his declaration of candidacy.

**SO ORDERED** this 17th day of **April, 2026.**

**UNITED STATES DISTRICT JUDGE**