**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY D. BILASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00567-MTS |
| | ) | |
| MICHAEL KEHOE, *in his official capacity* | ) | |
| *as Governor of Missouri*, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Timothy D. Bilash has filed a Notice of Appeal and a Motion for Leave to Proceed on Appeal *in Forma Pauperis*. *See* Docs. [27], [28]. The Court will deny his Motion. *First*, Plaintiff failed to submit an affidavit that contains "a statement of all assets." 28 U.S.C. § 1915(a)(1). *See also Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 (11th Cir. 2004) (per curiam) (noting "the affidavit requirement applies to all persons requesting leave to proceed IFP" (citing *Haynes v. Scott*, 116 F.3d 137, 140 (5th Cir. 1997))). Plaintiff's affidavit is not "in the detail prescribed by Form 4 of the Appendix of Forms." Fed. R. App. P. 24(a)(1)(A). The affidavit he submitted does not state that it is a complete list of all his assets at all. Nor does it state whether Plaintiff owns any automobile or real estate, though it references expenses related to both.

*Second*, even ignoring his failure to file a proper affidavit, Plaintiff reports having a household income of $4,133.33 per month. Congress mandated that fees be imposed to file appeals with the United States Courts of Appeals. 28 U.S.C. §§ 1913, 1917. When litigants can afford to pay a filing fee but simply would rather not, they must make the decision

whether their litigation is "worth the price." *See Roller v. Gunn*, 107 F.3d 227, 231 (4th Cir. 1997); *accord Norton v. Dimazana*, 122 F.3d 286, 291 (5th Cir. 1997). *See also Murray v. Dosal*, 150 F.3d 814, 818 (8th Cir. 1998) (per curiam) (recognizing that "fee requirements" make litigants "'stop and think' before filing suit").

* * *

Because Plaintiff has failed to provide an affidavit that lists *all* his assets as required by 28 U.S.C. § 1915(a)(1), and because the information he does provide shows that he has significant monthly income, the Court will deny his Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Timothy D. Bilash's Motion for Leave to Proceed on Appeal *in Forma Pauperis*, Doc. [28], is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to notify the United States Court of Appeals for the Eighth Circuit that this Court has denied Plaintiff's Motion for Leave to Proceed on Appeal *in Forma Pauperis*. *See* Fed. R. App. P. 24(a)(4)(A).

Dated this 10th day of August 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -